**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: HOWARD FLETCHER THRUSTON, | No. 13-60010 |
| Debtor, | BAP No. 12-1198 |
| HOWARD FLETCHER THRUSTON, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| DAVID M. REAVES, Trustee; NATIONAL BANK OF ARIZONA, | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Jury, Pappas, and Kirscher, Bankruptcy Judges, Presiding

Submitted April 22, 2015[**]

Before:    GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Howard Fletcher Thruston appeals pro se from the Bankruptcy Appellate Panel's ("BAP") dismissal as moot of his appeal from the bankruptcy court's order approving the chapter 7 trustee's settlement of claims Thruston asserted in state court against the National Bank of Arizona. We have jurisdiction under 28 U.S.C. § 158(d). We review factual findings about mootness for clear error, and review legal conclusions de novo. *In re Mortgages Ltd*, 771 F.3d 1121, 1214 (9th Cir. 2014). We affirm.

The BAP properly dismissed Thruston's appeal as moot because there had been such a comprehensive change in circumstances as to render it inequitable to consider the merits of the appeal. *See In re Thorpe Insulation Co.*, 677 F.3d 869, 880-81 (9th Cir. 2012).

In light of our conclusion, we do not consider Thruston's arguments regarding the underlying merits.

Thruston's motion for an extension of time, filed October 29, 2014, is granted. The Clerk shall file the reply brief submitted November 3, 2014.

Thruston's requests for oral argument, set forth in his briefs, are denied.

**AFFIRMED.**